**Taliv ALI Plaintiff–Appellant,**

v.

**Glen GOORD, Commissioner, et al., Defendants–Appellees.**

**Docket No. 02–0066.**

United States Court of Appeals, Second Circuit.

March 27, 2003.

Taliv Ali, for Plaintiff–Appellant, pro se.

Andrea Oser, Assistant Solicitor General, for Eliot Spitzer, Attorney General of the State of New York, New York, NY, (Assistant Solicitor General Victor Paladino, on the brief), for Defendants–Appellees, of counsel.

Present: KATZMANN, BA.D. PARKER, Jr., and RAGGI, Circuit Judges.

## SUMMARY ORDER

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and it hereby is **AFFIRMED.**

*Pro se* plaintiff-appellant Taliv Ali appeals from the judgment of the United States District Court for the Northern District of New York (McAvoy, *J.*) entered pursuant to an unreported Decision and Order dated February 27, 2002, granting defendants' motion to dismiss for failure to exhaust administrative remedies. For the reasons stated in the district court's thorough opinion, we affirm.

The judgment of the district court is **AFFIRMED.**